J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KURT R. BONDS, ESQ.
Nevada Bar #6228
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL SILVA<br><br>Plaintiff<br><br>v.<br><br>SCOTT A. GREGORY; LANDSTAR RANGER, INC, a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants | CASE NO: 2:22-cv-00091-JCM-DJA |

## MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST

Kurt R. Bonds, Esq., of the law firm Alverson Taylor & Sanders (the "firm"), as former counsel for Landstar Ranger, Inc. and Scott A. Gregory, (the "Parties"), hereby submits Motion for Order Granting Request for Removal from CM/ECF Service List as to J. Bruce Alverson, Esq. and Karie N. Wilson, Esq. (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

/ / /

/ / /

1

KNW 27471

## MEMORANDUM OF POINTS AND AUTHORITIES

J. Bruce Alverson, Esq. longer involved in this matter and Karie N. Wilson, Esq. is no longer affiliated with the Law firm of Alverson Taylor & Sander. ECF notice to J. Bruce Alverson, Esq., and Karie N. Wilson, Esq., are no longer required; therefore, the Firm hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to J. Bruce Alverson, Esq., and Karie N. Wilson, Esq.

Dated this 15th day of November, 2022.

ALVERSON TAYLOR & SANDERS

/s/ Kurt R. Bonds

J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KURT R. BONDS, ESQ.
Nevada Bar #6228
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

K:\Z-client\27471\pleadings\mtn to remove from service list 02.docx

**IT IS THEREFORE ORDERED** that the motion for removal from CM/ECF (ECF No. 25) is **GRANTED**. The Clerk of Court is kindly directed to remove J. Bruce Alverson from the service list. The Clerk of Court is also kindly directed to remove only Karie N. Wilson's email address with Alverson Taylor - not Wilson's email address with Messner Reeves, the firm with which Wilson is now associated - from the service list.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 16, 2022