KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: KWilson@messner.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL SILVA<br><br>Plaintiff<br><br>v.<br><br>SCOTT A. GREGORY; LANDSTAR RANGER, INC, a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants | CASE NO: 2:22-cv-00091-JCM-DJA |

**MOTION TO RE-ADD COUNSEL TO SERVICE LIST PURSUANT TO ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS**

KARIE N. WILSON, ESQ. of the law firm MESSNER REEVES, LLP, hereby files this motion seeking to be added to the Court's service list as counsel of record for Defendants Landstar Ranger, Inc. and Scott A. Gregory, pursuant to the Order Granting Substitution of Counsel for Defendants filed November 7, 2022.

. . .

. . .

15021.0002

## MEMORANDUM OF POINTS AND AUTHORITIES

Karie N. Wilson, Esq. recently transitioned as a Partner at Alverson Taylor & Sanders to Messner Reeves LLP.  Ms. Wilson continues to represent Defendants Landstar Ranger, Inc. and Scott A. Gregory and filed a Substitution of Counsel for each Defendant. The substitution was granted on November 7, 2022. *See* Order Granting Stipulation of Substitution of the Law Firm of Messner Reeves, LLP, as Attorney of Record by Defendant Landstar Ranger, Inc., Docket No. 22.  Alverson Taylor & Sanders subsequently filed a Motion for Removal From CM/ECF Service List as to J. Bruce Alverson, Esq. and Karie N. Wilson, Esq. on November 15, 2022.  *See* Motion for Removal From CM/ECF Service List, Docket No. 25.  This motion stated, "J. Bruce Alverson, Esq. is no longer involved in this matter" and "Karie N. Wilson, Esq. is no longer affiliated with the law firm Alverson Taylor & Sanders." *See* Docket No. 25.  In filing this motion, Alverson Taylor & Sanders did not clarify that it was seeking only the removal of Karie N. Wilson as previously associated with Alverson Taylor & Sanders, kwilson@alversontaylor.com. When the Court granted the Motion for Removal From CM/ECF Service List it specified "to remove only Karie N. Wilson's email address with Alverson Taylor – not Wilson's email with Messner Reeves, the firm with which Wilson is now associated – from the service list." *See* Docket No. 26.  However, when the Motion for Removal From CM/ECF Service List was implemented, Karie N. Wilson, Esq. of the law firm Messner Reeves, LLP was removed from the service list entirely as counsel of record for Defendants. Kurt R. Bonds, Esq. of Alverson Taylor & Sanders, as the attorney who signed the Motion for Removal, was thereafter incorrectly identified as counsel for Defendants.

. . .

. . .

. . .

15021.0002

Pursuant to the Substitution of Counsel, and the Court's prior Order (Docket No. 26), Karie N. Wilson, Esq. of the law firm Messner Reeves, LLP hereby requests that she be identified and included on the Service List as counsel of record for Defendants Landstar Ranger, Inc. and Scott A. Gregory, in the place and stead of Kurt Bonds, Esq.

DATED this 2nd day of December, 2022.

    MESSNER REEVES LLP

    _____
    KARIE N. WILSON, ESQ.
    Nevada Bar No. 7957
    8945 West Russell Road, Suite 300
    Las Vegas, Nevada 89148
    Telephone: (702) 363-5100
    Facsimile: (702) 363-5101
    E-mail: KWilson@messner.com
    *Attorneys for Defendants*

**IT IS SO ORDERED**.

DATED: December 6, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

15021.0002

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that on the 2nd day of December 2022, service of the above and foregoing **MOTION TO RE-ADD COUNSEL TO SERVICE LIST PURSUANT TO ORDER GRANTING SUBSTITUTION OF COUNSEL FOR DEFENDANTS** was made by electronically **serving filing** a true and correct copy of the same to each party addressed as follows:

Ramzy P. Ladah, Esq.
Nevada Bar No. 11405
litigation@ladahlaw.com
LADAH LAW FIRM
517 S. Third Street
Las Vegas, Nevada 89101
702-252-0055 Telephone
702-248-0055 Facsimile
*Attorney for Plaintiff*

/s/ Veronica Pacheco
An employee of MESSNER REEVES LLP

15021.0002