KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail: KWilson@messner.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| MIGUEL SILVA, | CASE NO: 2:22-cv-00091-JCM-DJA |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO RESCHEDULE THE MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| SCOTT A. GREGORY; LANDSTAR RANGER, INC, a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MIGUEL SILVA and Defendants LANDSTAR RANGER, INC. and GREGORY A. SCOTT (incorrectly named as Scott A. Gregory), by and through their respective counsel of record, to reschedule the mandatory settlement conference currently scheduled on December 18, 2023.

Defendants' counsel, Karie N. Wilson, Esq., was recently notified that a firm setting in a two week trial (*Krehbiel v. American Medical Response*, Case No. A-20-813144-C) that was originally scheduled to begin on December 4, 2023, will now begin on December 6, 2023, and go through at

15021.0002

least December 20, 2023. As such, Defendants' counsel is no longer available for the Mandatory Settlement Conference on December 18, 2023. This request is timely as it is filed more than ten (10) days before the scheduled date for the Mandatory Settlement Conference. The Parties propose the following five alternative dates to reschedule the mandatory settlement conference prior to trial set on May 6, 2024:

- January 24, 2024
- January 26, 2024
- January 31, 2024
- February 6, 2024
- February 7, 2024

For the reasons stated above, the parties respectfully request this Court approve the instant Stipulation and enter its proposed Order granting same. The proposed, alternative settlement conference dates as stated above are **STIPULATED AND AGREED**.

| | |
|---|---|
| Dated this 1st day of December 2023. | Dated this 1st day of December 2023. |
| MESSNER REEVES LLP | LADAH LAW FIRM |
| KARIE N. WILSON, ESQ.<br>Nevada Bar No. 7957<br>kwilson@messner.com<br>8945 West Russell Road, Suite 300<br>Las Vegas, Nevada 89148<br>702-383-5100 Phone<br>702-385-7000 Fax<br>*Attorney for Defendants* | /s/ Anthony Ashby<br>ANTHONY L. ASHBY, ESQ.<br>Nevada Bar No. 4911<br>anthony@ladahlaw.com<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br>702-252-0055 Telephone<br>702-248-0055 Facsimile<br>*Attorneys for Plaintiff* |

15021.0002

*Miguel Silva adv. Scott A. Gregory and Landstar Ranger, Inc.*
*2:22-cv-00091-JCM-DJA*
*Stipulation and Order to Reschedule the*
*Mandatory Settlement Conference*

### ORDER SETTING SETTLEMENT CONFERENCE

IT IS HEREBY ORDERED that the Mandatory Settlement Conference is rescheduled for February 6, 2024 at 10:00 AM.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2023

15021.0002