KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:     (702) 363-5101
E-mail: KWilson@messner.com
Attorneys for Defendants

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL SILVA,<br><br>                Plaintiff,<br><br>v.<br><br>SCOTT A. GREGORY; LANDSTAR RANGER, INC, a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                Defendants. | CASE NO: 2:22-cv-00091-JCM-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**First Request** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MIGUEL SILVA and Defendants LANDSTAR RANGER, INC. and GREGORY A. SCOTT (incorrectly named as Scott A. Gregory), by and through their respective counsel of record, that the current May 6, 2024, trial setting be continued to a mutually convenient, alternate date. In support of this stipulation, the parties state as follows:

    1.    Discovery in this matter is complete.

. . .

15021.0002

2. The parties participated in a Mandatory Settlement Conference on February 6, 2024, but were unable to reach a mutually agreeable settlement.

3. Defendants' counsel, Karie N. Wilson, Esq. was recently set for a firm, three-week trial in the Eighth Judicial District Court for Clark County, Nevada, in the matter of *Austin Krehbiel v. American Medical Response,* Case No. A-20-813144-C, beginning April 30, 2024. The *Krehbiel* trial is expected to last through May 17, 2024.

4. The *Krehbiel* matter was previously set for trial in December 2023, but was continued due to a family issue with defense trial counsel, Renee Finch, Esq., and insufficient trial availability prior to the Christmas holidays.

5. The *Krehbiel* matters arises out of an August 15, 2019, incident and the original Complaint was filed in the Eighth Judicial District Court on April 2, 2020. The trial in the *Krehbiel* matter has been continued several times and counsel was advised by Judge Jessica Peterson that the *Krehbiel* matter will proceed as a firm trial setting on April 30, 2024, as this is the only three-week availability on Judge Peterson's trial calendar for 2024.

6. The subject litigation arises out of a motor vehicle collision that occurred on January 26, 2020, and the original Complaint was filed on January 6, 2022. This is the parties' first request to continue trial.

7. The parties propose the following three alternate dates to reschedule the trial:

- October 21, 2024
- November 4, 2024
- November 12, 2024

. . .

. . .

15021.0002

For the reasons stated above, the parties respectfully request this Court approve the instant Stipulation and enter its proposed Order granting same.

Dated this 16th day of February 2024.                Dated this 16th day of February 2024.

MESSNER REEVES LLP                                    LADAH LAW FIRM

                                                      /s/ Anthony L. Ashby
KARIE N. WILSON, ESQ.                                 ANTHONY L. ASHBY, ESQ.
Nevada Bar No. 7957                                   Nevada Bar No. 4911
kwilson@messner.com                                   anthony@ladahlaw.com
8945 West Russell Road, Suite 300                     517 S. Third Street
Las Vegas, Nevada 89148                               Las Vegas, Nevada 89101
702-383-5100 Phone                                    702-252-0055 Telephone
702-385-7000 Fax                                      702-248-0055 Facsimile
*Attorney for Defendants*                             *Attorneys for Plaintiff*

### (PROPOSED) ORDER TO CONTINUE TRIAL

IT IS HEREBY ORDERED that the stipulation to continue the May 6, 2024, trial setting is GRANTED.

IT IS FURTHER ORDERED that this matter is re-set for trial on **October 21, 2024, at 9:00 a.m**.; calendar call is re-set from May 1, 2024, to **October 16, 2024, at 1:30 p.m.**

DATED February 20, 2024.

                                                                          _____
                                                                          U.S. District Court Judge

15021.0002