KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:	(702) 363-5100
Facsimile:	(702) 363-5101
E-mail: KWilson@messner.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL SILVA,<br><br>                Plaintiff,<br><br>v.<br><br>SCOTT A. GREGORY; LANDSTAR RANGER, INC, a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                Defendants. | CASE NO: 2:22-cv-00091-JCM-DJA<br><br>**STIPULATION AND<br>ORDER TO CONTINUE TRIAL**<br><br>**Second Request** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MIGUEL SILVA and Defendants LANDSTAR RANGER, INC. and GREGORY A. SCOTT (incorrectly named as Scott A. Gregory), by and through their respective counsel of record, that the current October 21, 2024, trial setting be continued to a mutually convenient, alternate date. In support of this stipulation, the parties state as follows:

      1.     Discovery in this matter is complete.

. . .

15021.0002

2. The parties participated in a Mandatory Settlement Conference on February 6, 2024, but were unable to reach a mutually agreeable settlement.

3. Plaintiff's counsel, Anthony Ashby, Esq., is scheduled to serve as part of plaintiff's trial team in a firm, 15-day trial in the Eighth Judicial District Court for Clark County, Nevada, in the matter of *Guadalupe Reyes v. Werdco BC, Inc.,* Case No. A-19-805880-C, beginning October 14, 2024. This trial is expected to last through November 1, 2024.

4. The Complaint in the *Reyes* matter was originally filed on November 21, 2019. The trial in the *Reyes* matter has previously been continued five (5) times and is approaching the five-year rule.

5. The subject litigation arises out of a motor vehicle collision that occurred on January 26, 2020, and the original Complaint was filed on January 6, 2022. This is the parties' Second request to continue trial.

6. The parties propose the following three alternate dates to reschedule the trial:

- February 10, 2025
- February 24, 2025
- March 3, 2025

. . .
. . .
. . .
. . .
. . .
. . .

15021.0002

For the reasons stated above, the parties respectfully request this Court approve the instant Stipulation and enter its proposed Order granting same.

Dated this 25th day of September 2024.  Dated this 25th day of September 2024.

MESSNER REEVES LLP                          LADAH LAW FIRM

_____              /s/ Anthony L. Ashby, Esq._
KARIE N. WILSON, ESQ.                       ANTHONY L. ASHBY, ESQ.
Nevada Bar No. 7957                         Nevada Bar No. 4911
kwilson@messner.com                         anthony@ladahlaw.com
8945 West Russell Road, Suite 300           517 S. Third Street
Las Vegas, Nevada 89148                     Las Vegas, Nevada 89101
702-383-5100 Phone                          702-252-0055 Telephone
702-385-7000 Fax                            702-248-0055 Facsimile
*Attorney for Defendants*                   *Attorneys for Plaintiff*

### (PROPOSED) ORDER TO CONTINUE TRIAL

IT IS HEREBY ORDERED that the stipulation to continue the October 21, 2024, trial setting is GRANTED.

IT IS FURTHER ORDERED that this matter is re-set for **trial on February 24 , 2025, at 9:00 a.m., courtroom 6A; calendar call is re-set from October 16, 2024, to February 19, 2025, at 1:30 p.m., courtroom 6A.**

DATED September 26, 2024.

_____
U.S. District Court Judge

Page **3** of 3

15021.0002