KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: KWilson@messner.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL SILVA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SCOTT A. GREGORY; LANDSTAR RANGER, INC, a Foreign Corporation; DOES I through X; inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　　Defendants. | CASE NO: 2:22-cv-00091-JCM-DJA<br><br>**STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL, WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED and agreed by and between Plaintiff MIGUEL SILVA and Defendants GREGORY SCOTT (incorrectly identified as SCOTT A. GREGORY) and LANDSTAR RANGER, INC., by and through their respective counsel of record that Plaintiff's claims against Defendants are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

. . .

. . .

. . .

Page **1** of **2**

15021.0002

Dated this 21st day of March 2025.

MESSNER REEVES LLP

_/s/ Karie N. Wilson_
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
kwilson@messner.com
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
702-363-5100 Phone
*Attorneys for Defendants*

Dated this 21st day of March 2025.

LADAH LAW FIRM

_/s/ Ramzy P. Ladah, Esq._
RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
ANTHONY ASHBY, ESQ.
Nevada Bar No. 4911
anthony@ladahlaw.com
517 S. Third Street
Las Vegas, Nevada 89101
702-252-0055 Telephone
*Attorneys for Plaintiff*

## ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

IT IS HEREBY ORDERED THAT the claims asserted by Plaintiff MIGUEL SILVA against Defendants GREGORY SCOTT (incorrectly identified as SCOTT A. GREGORY) and LANDSTAR RANGER, INC. are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

April 3, 2025



U.S. District Court Judge

15021.0002

## Nancy Amaya

| | |
|---|---|
| **From:** | Ramzy Ladah <Ramzy@ladahlaw.com> |
| **Sent:** | Friday, March 21, 2025 10:54 AM |
| **To:** | Karie Wilson |
| **Cc:** | Nancy Hughes; Maria Ramirez; Nancy Amaya |
| **Subject:** | Re: Miguel Silva v. Landstar |

**[ CAUTION: This Email is from an External Sender ]**

Yes you may apply my e signature.  Thank you

Get Outlook for iOS

**From:** Karie Wilson <KWilson@messner.com>
**Sent:** Friday, March 21, 2025 7:14:17 AM
**To:** Ramzy Ladah <Ramzy@ladahlaw.com>
**Cc:** Nancy Hughes <nancyh@ladahlaw.com>; Maria Ramirez <mariar@ladahlaw.com>; Nancy Amaya <NAmaya@messner.com>
**Subject:** Miguel Silva v. Landstar

Ramzy,

May we include your e-signature on the attached Stipulation and Order for Dismissal?

Thank you.

**KARIE N. WILSON**
Partner
**O:** 702.363.5100 **E:** kwilson@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

www.messner.com



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.